

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KEITH ENROUGHTY,

    Plaintiffs,

CASE NO: 3:12cv871-JAG

vs.

COLONIAL COURT APARTMENTS, INC.,

    Defendant.

_____/

### AGREED ORDER DISMISSING CASE WITH PREJUDICE

The parties in this case have reported to the Court that they have settled the plaintiff's claims against the defendant. The parties have requested that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, the parties will bear their own attorneys' fees and costs.

It appearing to the Court that the parties have settled their differences, it is ORDERED that this matter is DISMISSED WITH PREJUDICE.

                            /s/
                     John A. Gibney, Jr.
                United States District Judge

ENTERED: 2/27/13



**SO STIPULATED:**

_____
Jonathan H. Walker, Esquire
*Attorney for Plaintiff*
Mason, Mason, Walker & Hedrick, P.C.
11848 Rock Landing Drive, Suite 201
Newport News, VA  23606
Telephone:  (757) 873-3909
Facsimile:  (757) 873-1781
Email: jwalker@masonwalker.com

_____
Scott A. Simmons, Esquire
*Attorney for Defendant*
MeyerGoergen PC
1802 Bayberry Ct., Suite 200
Richmond, VA 23226
Telephone: (804) 622-1262
Facsimile: (804) 565-2115
Email:  simmons@mg-law.com